Form B1, p.1 (04/13)    Blumberg Excelsior, Inc., Publisher, NYC 10013

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| NORTHERN    District of    Georgia | |

| | |
|---|---|
| Name of Debtor(if individual, enter Last, First, Middle):<br>C & N Auto Care, Inc | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the debtor in the last 8 years (include maiden and trade names): C&N TOWING AND RECOVERY | All Other Names used by the joint debtor in the last 8 years (include maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 26-1981935 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City and State):<br>1466 GEORGE BUSBEE PARKWAY, NW<br>KENNESAW, GEORGIA 31044    ZIP CODE | Street Address of Joint Debtor (No. & Street, City and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>COBB | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

14-63285

| Type of Debtor (Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed<br>(Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code *(the Internal Revenue Code).*

| Nature of Debts (check one box) |
|---|
| ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |

**Filing Fee** (Check one box)
☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee Waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☒ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds for distribution to unsecured creditors

THIS SPACE FOR COURT USE ONLY

JUL 09 2014 PM 02:44

| Estimated number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |



**Form B1, p.2 (04/13)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | C & N Auto Care, Inc |

| **All prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number | Date Filed: |
| | | |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: CNA ENTERPRISES OF GEORGIA | Case Number: 14-58856 | Date Filed: 5/5/2014 |
| District NORTHERN DISTRICT OF GEORGIA | Relationship: AFFILIATE | Judge: SACCA |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission, pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.   I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code. |
| ☒ Exhibit A is attached and made part of this petition. | |
| | X _____ 7/9/14 Signature of Attorney for Debtor(s).           Date: |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a seperate Exhibit D.)

☐ Exhibt D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made part of this petition.

**Information Regarding the Debtor-Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business, or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this district.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

Name of landlord that obtained judgment:

Address of landlord:

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Form B1, p.3 (04/13)                 Blumberg Excelsior, Inc., Publisher, NYC 10013

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): C & N Auto Care, Inc |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |

**Signature(s) of Debtor(s) (Individual/Joint)**

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney**

X_____
Signature of Attorney for Debtor(s)
Printed Name of Attorney for Debtor(s)
GREG BAILEY
Firm Name
ATTORNEY GREG T. BAILEY & ASSOC.
Address
5682 PALAZZO WAY, STE 101
DOUGLASVILLE, GA. 30134
Telephone Number
404-397-1975
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor(Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Charlie Rich_
Signature of Authorized Individual
Charlie Rich
Printed Name of Authorized Individual
President
Title of Authorized Individual

Date 7/7/2014

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. §110.)
Address

X _____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form B1, Exhibit C, 9-01    Blumberg Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT    NORTHERN DISTRICT OF Georgia

In re: C & N Auto Care, Inc    Debtor(s)    Case No.    (If known)

*EXHIBIT "C" If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.*

### EXHIBIT "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if neccessary):

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):



Form B1, Exh. A (9/97)          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

## Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

**UNITED STATES BANKRUPTCY COURT**                      NORTHERN**DISTRICT OF** Georgia

In re:  C & N Auto Care, Inc

                                Debtor(s)  Case No.                     (if known)

                                        Chapter  11

### Exhibit "A" to Voluntary Petition

1.    If any of debtor's securities are registered under §12 of the Securities and Exchange Act of 1934, the SEC file number is

2.    The following financial data is the latest available information and refers to debtor's condition on 5-1-2014

a.  Total assets                    $

b.  Total debts                    $

                                                                Approximate number of holders

c.  Debt securities held by more than 500 holders.

☐ secured    ☐ unsecured    ☐ subordinated    $

☐ secured    ☐ unsecured    ☐ subordinated    $

☐ secured    ☐ unsecured    ☐ subordinated    $

☐ secured    ☐ unsecured    ☐ subordinated    $

☐ secured    ☐ unsecured    ☐ subordinated    $

d.  Number of shares of preferred stock

e.  Number of shares of common stock

    Comments, if any:

3. Brief description of debtor's business:

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:



Form 7 Stmt of Financial Affairs (04/13)    **Blumberg** Excelsior, Inc., Publisher, NYC 10013

# STATEMENT OF FINANCIAL AFFAIRS
## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF Georgia

In re: C & N Auto Care, Inc

Debtor(s)    Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. Sec, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINATIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, orowner of 5 percent or more of the voting or equity securities of a corporation; a partner other than a limited partner, of a partnership, a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

NONE

|X |

## 01 INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment trade or profession or from operation of the debtor's business including part-time activities either as an employee or in independent trade or business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

2143167.00        2012

878221.00         2013

463036.00         2014

NONE
|X|
**02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the amount of income received by the debtor other than from employment trade profession operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|
**03A PAYMENTS TO CREDITORS**

List all payments on loans installment purchases of goods or services and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|
**03B PAYMENTS TO CREDITORS**

List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $6,225*. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|
**03C PAYMENTS TO CREDITORS**

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)


Case 14-62285-jrs    Doc 1    Filed 07/09/14    Entered 07/09/14 14:47:47    Desc
Petition    Page 8 of 51

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| | | | |
|---|---|---|---|
| SOUTHEASTERN AUTOMOTIVE WAREHOUSE, INC. VS CNA ENTERPRISES, INC. | SUIT ON ACCOUNT | MAGISTRATE COURT OF COBB COUNTY | PENDING |
| | | | CHCHCHA |
| HENNA AUTOPLEX, LLC D/B/A CHEROKEE CHRYSLER DODGE JEEP VS. C & N AUTO CARE, INC. | SUIT OF ACCOUNT | STATE COURT OF COBB COUNTY STATE OF GEORGIA 10 MARIETTA SQUARE, MARIETTA, GEORGIA | PENDING |
| IN THE STATE COURT OF COBB COUNTY IOU CENTRAL INC. VS. C&N AUTO CARE, INC., A GEORGIA CORPORATION AND CHARLIE RICH, AN INDIVIDUAL 2013-A 3578 | SUIT ON ACCOUNT | STATE COURT | PENDING SUMMARY JUDGMENT |

## 04B SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

Describe all property that has been attached garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 05 REPOSSESSIONS, FORECLOSURES AND RETURNS

List all property that has been repossessed by a creditor sold at a foreclosure sale transferred through a deed in lieu of foreclosure or returned to the seller within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 06A ASSIGNMENTS AND RECEIVERSHIPS

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 06B ASSIGNMENTS AND RECEIVERSHIPS

List all property which has been in the ands of a custodian receiver or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless spouses are separated and a joint petition is not filed.)

NONE
X

## 07 GIFTS

7List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)



NONE
|X|

08 LOSSES

List all losses from fire theft other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 09 PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons including attorneys for consultation concerning debt consolidation relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

NONE
|X|

## 10A OTHER TRANSFERS

List all other property other than property transferred in the ordinary course of the business or financial affairs of the debtor transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 10B OTHER TRANSFERS

List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

NONE
|X|

## 11 CLOSED FINANCIAL ACCOUNTS

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed sold or otherwise transferred within one year immediately preceding the commencement of this case. Include checking savings or other financial accounts certificates of deposit or other instruments; shares and share accounts held in banks credit unions pension funds cooperatives associations brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
[X]

## 12 SAFE DEPOSIT BOXS

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
[ ]

## 13 SETOFFS

List all setoffs made by any creditor including a bank against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DATE OF SETOFF | NAME AND ADDRESS OF CREDITOR | AMOUNT OF SETOFF |
| --- | --- | --- |
| 4/25/2014 | AMERIS BANK<br>GCL DEPARTMENT<br>1201 W, PEACHTREE, ST. NW<br>SUITE 1350<br>ATLANTA, GA. 30309 | 2500.00 |
| 4/17/2014 | SUN TRUST<br>SUN TRUST BANK<br>245 TOWN PARK DR, SUITE 190<br>KENNESAW, GA. 30144 | 20773.71 |

NONE
[X]

## 14 PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls.

NONE
[X]

## 15 PRIOR ADDRESS OF DEBTOR

If debtor has moved within three years immediately preceding the commencement of this case list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed report also any separate address of either spouse.



**16 SPOUSES AND FORMER SPOUSES**

If the debtor resides or resided in a community property state commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17A ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice and if known the Environmental Law:

**17B ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

**17C ENVIRONMENTAL INFORMATION**

List all judicial or administrative proceedings including settlements or orders under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

NONE



**18A NATURE LOCATION AND NAME OF BUSINESS**

If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner or managing executive of a corporation, partner in a partnership, sole proprietor or was self-employed in a trade, profession or other activity either full-or part-time within six years immediately preceding the commencement of this case or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all business in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

 **NONE** **X**    **18B NATURE LOCATION AND NAME OF BUSINESS**

Identify any business listed in response to subdivision a. ,above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.

 **NONE** **X**    **19A BOOKS RECORDS AND FINANCIAL STATEMENTS**

List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

 **NONE** **X**    **19B BOOKS RECORDS AND FINANCIAL STATEMENTS**

b.List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

```
LAWRENCE SEE AND BEAVERS          4/30/2014


DOUGLASVILLE, GA.
```

 **NONE** **X**    **19C BOOKS RECORDS AND FINANCIAL STATEMENTS**

c.List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.


NONE
|X|  **19D BOOKS RECORDS AND FINANCIAL STATEMENTS**

List all financial institutions creditors and other parties including mercantile and trade agencies to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

NONE
|X|  **20A INVENTORIES**

List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

NONE
|X|  **20B INVENTORIES**

List the name and address of the person having possession of the records of each of the inventories reported in a., above.

NONE
|X|  **21A CURRENT PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS**

If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NONE
|X|  **21B CURRENT PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS**

If the debtor is a corporation, list all officers and directors of the corporation and, each stockholder, who directly or indirectly owns controls or holds 5 percent or more of the voting or equity securities of the corporation.



NONE
X

## 22A FORMER PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS

If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case..

.

NONE
X

## 22B FORMER PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS

If the debtor is a corporation list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NONE
X

## 23 WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NONE
X

## 24 TAX CONSOLIDATION GROUP

If the debtor is a corporation list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

NONE
X

## 25 PENSION FUNDS

If the debtor is not an individual list the name and federal taxpayer identification number of any pension fund to which the debtor as an employer has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

Unsworn Declaration SFA    (04/13)    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc

Debtor(s)  Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date                                    Signature *C & N Auto Care Inc*
                                        C & N Auto Care, Inc

Date                                    Signature *Charlie Fish*

(if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

Printed or Typed Name of Bankruptcy Petition Preparer    Social Security Number
                                                        (Required by U.S.C.§110(c)).

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X_____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the *President* (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the *C N Corporation of Georgia Inc* (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Continuation sheets attached            *C+A Auto Care, Inc.*

Date *7/7/2014*                          Signature *Charlie Fish*

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporatoin must indicate position or relationship to debtor.)

## PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY
Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §152 and 3571.

 Form B6 A (12/07)   **Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                    Debtor(s) Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| C&N AUTO CARE KENNESAW, GA. | | J | | |
| | | | | |
| Total -> | | | $0.00 | (Report also on Summary of Schedules) |

Form B6 B (12/07)

Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  C & N Auto Care, Inc                                  Debtor(s)   Case No.                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01  Cash on hand | x | | | |
| | | COMPUTERS | J | 8,258.00 |
| | | CASH ON HAND | | 450.00 |
| | | KENNESAW GOODYEAR STORE 6400 GEORGE BUSBEE PARKWAY | | |
| | | C&N TOWING | J | 3,979.00 |
| 02  Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | | | | |
| | | LOAN ORIGINATION FEES | | 11,038.00 |
| | | CHASE MANHATTAN BANK KENNESAW, GEORGIA | J | |
| 03  Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04  Household goods and furnishings including audio video and computer equipment. | x | | | |
| 05  Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

| | 23,725.00 |
|---|---|

**Form B6 B** (12/07)
Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:   C & N Auto Care, Inc                                   Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 06  Wearing apparel. | x | | | |
| 07  Furs and jewelry. | x | | | |
| 08  Firearms and sports photographic and other hobby equipment. | x | | | |
| 09  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10  Annuities. Itemize and name each issuer. | x | | | |
| 11  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12  Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   23,725.00

_____ Continuation sheets attached

Form B6 B (12/07)

Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  C & N Auto Care, Inc                                   Debtor(s)    Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16 Accounts receivable. | | LEE BUCKLES CARTERSVILLE, GA. | J | 22,500.00 |
| | | MC RECOVERY | | 22,498.12 |
| 17 Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19 Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    | 68,723.12 |

_____ Continuation sheets attached

Form B6 B (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re:  C & N Auto Care, Inc                    Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | WHJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20 Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |
| 21 Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22 Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23 Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24 Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    | 68,723.12

_____ Continuation sheets attached



Form B6 B (12/07)    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  C & N Auto Care, Inc                    Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25 Automobiles trucks trailers and other vehicles and accessories. | | | | |
| | | 2012 DODGE 5500 KENNSAW, GA. | | 46,390.00 |
| | | 2012 BIG TEX TRAILER KENNESAW, GA. | J | 21,545.00 |
| | | 2012 DODGE 4500 | J | 45,000.00 |
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | x | | | |
| 29 Machinery fixtures equipment and supplies used in business. | | | | |
| | | MACHINERY & EQUIPMENT | | 168,407.00 |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |

_____ Continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    350,065.12

Form B6 B (12/07)    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  C & N Auto Care, Inc                                    Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    350,065.12

_____ Continuation sheets attached

Form B6 D (12/07)

Blumberg Excelsior, Inc.; Publisher, NYC 10013

In re: C & N Auto Care, Inc      Debtor(s) Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # 2205 | | | VALUE $ 1,350,000.00 | 960,000.00 | | |
| AMERIS BANK GGL DEPARTMENT 1201 W, PEACHTREE ST NW SU ATLANTA, GA. 30309 | | | KENNESAW GOODYEAR STORE 10/2008 | | | |
| A/C # 79142 | X | | VALUE $ 20,500.00 | 105,000.00 | 84,500.00 | |
| MERCHANT CASH AND CAPITAL 160 PEARL STREET 5TH FLOOR NEW YORK, NY 10004 MCA RECOVERY | | | | | | |
| A/C # 6001 | | | VALUE $ 48,050.00 | 49,500.00 | 1,450.00 | |
| SANTANDER SOVEREIGN BANK PO BOX 14833 READING, PA. 19612 | | | 02-13-2013 | | | |
| A/C # 1500 | | | VALUE $ 650,000.00 | 281,850.00 | | |
| SBA SBA FLORIDA BUSINESS DEVEL 6801 LAKE WORTH ROAD SUITE LAKE WORTH, FL. 33467 | | | 2/201007/2009 | | | |
| A/C # 3846 | X | J | VALUE $ 115,800.00 | 119,200.00 | 3,600.00 | |
| SOVEREIGN SANTANDER PO BOX 14833 READING, PA 19612 | | | 3/2008 | | | |
| A/C # 1340-18 | X | J | VALUE $ 1,200,000.00 | 375,000.00 | | |
| SUNTRUST BANK 245 TOWN PARK DRIVE SUITE KENNESAW, GEORGIA 30144 | | | 7/2010 | | | |
| A/C # | | | VALUE $ | | | |

| | | |
|---|---|---|
| Subtotal -> (Total of this page) | 1,890,550.00 | 89,550.00 |
| Total -> | 1,890,550.00 | 89,550.00 |

Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

(If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)



Form B6 E  (04/13)                    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                              Debtor(s)   Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $12,475* per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

☐  **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such a domestic support claim was assigned to the extent provided in U.S.C. 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(8)

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CO DE B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY / AMT NOT ENTITLED TO PRIORITY, IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C# 4428 | | | | 9,500.00 | | |
| Bartow County Tax 135 W, Cherokee Ave Suite 217A Cartersville, GA. 30120 | | | 2012 and 2013 | | 9,500.00 | |
| A/C# 3625 | | H | | Total -> 1,318.00 | | |
| COBB COUNTY TAX COMMISIONER PO BOX 100127 MARIETTA, GA 30061 | | | 4/2008 | | Total -> 1,318.00 | |
| A/C# 2150 | | | | 15,303.84 | | |
| COBB COUNTY TAX COMMISIONER PO BOX 100127 MARIETTA, GA 30061 | | | 4/2008 | | 15,303.84 | |

Continuation Sheets attached.

Subtotal -> (Total of this page)            26,121.84          0.00

(Use only on last page of the completed Schedule E.
(Report total also on Summary of Schedules.)   Total ->   26,121.84          26,121.84

(Use only on last page of the completed Schedule E.)   Total ->   26,121.84          0.00
If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    26,121.84

Form B6 F (12/07)    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                          Debtor(s)        Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO-DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 7193 ADVANCE AUTO PARTS AAP FINANCIAL SERVICES PO BOXC 742063 ATLANTA, GA. 30374 | | | .05/2011 | | 63,552.00 |
| 1883 AT&T PO BOX 105262 ATLANTA, GA. 30348 | | | .05/05/2013 | | 450.50 |

X _____ continuation sheets attached.

Subtotal  $  64,002.50

Total  $  64,002.50

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                                    Debtor(s)        Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ATLANTA WEST 4904 TIMBER RIDGE DRIVE SUITE 202 DOUGLASVILLE, GA 30135 | | | 1/2013 | | 331.25 |
| 2205 AUTO ZONE PO BOX 791409 BALTIMORE, MD. 21279 | | | 3/2008 | | 2,349.00 |
| 2205 AUTO ZONE PO BOX 791409 BALTIMORE, MD. 21279 | | | 4/2010 | | 5,606.50 |
| 3850 AW DIRECT | | | 6/2012 | | |
| 7936 AW DIRECT PO BOX 44944 MADISON, WI 53744 | | | | | 422.84 |
| 0631 CARE CREDIT/ ENCORE 400 N ROGERS RD OLATHE,KS 66063-3330 | | | 1/2009 | | 6,952.00 |

X ____ continuation sheets attached.

Subtotal $ 15,661.59

Total $ 79,664.09

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                    Debtor(s)        Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 5696<br>CARROLL TIRE<br>823 DONALD ROSS ROAD<br>JUNO BEACH, FL 33408 | | | 3/2008 | | $ 5,380.08 |
| 5696<br>CARROLL TIRE<br>823 DONALD ROSS ROAD<br>JUNO BEACH, FL 33408 | | | 3/2008 | | 5,380.00 |
| 5292<br>CARROLL TIRE<br>823 DONALD ROSS ROAD<br>JUNO BEACH, FL 33408 | | | 3/2008 | | 231.86 |
| 5292<br>CARROLL TIRE<br>823 DONALD ROSS ROAD<br>JUNO BEACH, FL 33408-1605 | | | | | 231.86 |
| 7279<br>CENITAS<br>3600 KENNESAW<br>75 PARKWAY<br>KENNESAW, GA. 30144<br>7279 | | | | | 1,223.43 |
| 2198<br>CHEROKEE CHRYSLER<br>200 LIBERTY BLVD<br>CANTON, GA. 30114 | | | 4/2010 | | 3,075.00 |

X___ continuation sheets attached.

Subtotal $ 15,522.23

Total $ 95,186.32

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6 F (12/07)    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                                    Debtor(s)      Case No.              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 0464<br>CHEROKEE CHRYSLER<br>200 LIBERTY BLVD<br>CANTON, GA. 30114 | | | 3/2008 | | 718.94 |
| 3850<br>CISCO, iNC<br>DEPT 1194<br>PO BOX 1259<br>OAKS, PA. 19456 | | | 1/2012 | | 451.00 |
| 2150<br>COBB COUNTY TAX COMMISION<br>PO BOX 100127<br>MARIETTA, GA 30061 | | | 4/2008 | | 7,251.00 |
| 3625<br>COBB COUNTY TAX COMMISION<br>PO BOX 100127<br>MARIETTA, GA 30061 | | | 4/2008 | | 1,398.00 |
| 3625<br>COBB COUNTY TAX COMMISION<br>PO BOX 100127<br>MARIETTA, GA 30061 | | | 4/2008 | | 2,362.00 |
| 0490<br>COBB COUNTY TAX COMMISION<br>PO BOX 100127<br>MARIETTA, GA 30061 | | | | | 754.51 |

X ____ continuation sheets attached.

|  | | Subtotal | $ | 12,935.45 |
|---|---|---|---|---|
|  | | Total | $ | 108,121.77 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)      Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                    Debtor(s)      Case No.                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO-DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 3993<br>COBB COUNTY TOYOTA<br>P.O. BOX 440697<br>KENNESAW, GA. 30144 | | | 4/2008 | | 527.99 |
| 4578<br>COBB COUNTY WATER BILL<br>660 SOUTH COBB DR<br>MARIETTA, GA. 30060 | | | 4/2008 | | 68.00 |
| 4578<br>COBB COUNTY WATER BILL<br>660 SOUTH COBB DR<br>MARIETTA, GA. 30060 | | | 4/2008 | | 34.38 |
| 45506<br>COBB EMC<br>100 EMC PKWY<br>MARIETTA, GA. 30060 | | | 4/2008 | | 532.59 |
| 2780<br>COMCAST<br>PO BOX 2127<br>NORCROSS, GA. 30091 | | | 6/2012 | | 526.00 |
| 2650<br>COMCAST<br>PO BOX 530099<br>ATLANTA, GA. 30353 | | | | | 260.00 |

X ___ continuation sheets attached.

Subtotal  $  1,948.96
Total  $  110,070.73

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)                    **Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                                    Debtor(s)        Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 4799<br>CROSSCENTER<br>PO BOX 6008<br>PETALLUMA, CA. 94955 | | | 02/28/14 | | 1,247.38 |
| 1276<br>DAYTONA CAR CARE<br>4899 BUFORD HIGHWAY<br>NORCROSS, GA. 30071 | | | 06/06/2013 | | 1,319.30 |
| 2006<br>DIPRIMA TIRE<br>56 DIRECT CONNECTION DRIV | | | 1/2010 | | |
| 9750<br>ED VOYLES CHRYSLER<br>789 COBB PARKWAY SE<br>MARIETTA, GA. 30067 | | | 4/2008 | | 67.20 |
| 9750<br>ED VOYLES HONDA<br>2103 COBB PARKWAY SE<br>MARIETTA, GA. 30067 | | | 4/2008 | | 126.50 |
| 4574<br>ELAVON SETTLEMENT/RECOVER<br>PO BOX 9599<br>KNOXVILLE, TN. 37940 | | | 5/2009 | | 20.00 |

X ____ continuation sheets attached.

Subtotal  $ 2,780.38

Total  $ 112,851.11

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)        Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc          .          `          Debtor(s)        Case No.        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 3400<br><br>EMPLOYERS GROUP<br>255 CALIFORNIA STREET, ST<br>SAN FRANCISCO, GA. 94111<br>ATTN: PATRICE BRAUGHTON | | | | | 2,161.00 |
| 3318<br><br>FINANCIAL ASSET MANAGEMEN<br>PO BOX 451409<br>ATLANTA, GA. 31145 | | | 12/2012 | | 2,935.39 |
| 3000<br><br>FIRST DATA<br>PO BOX 173845<br>DENVER, COLORADO 80217 | | | 3/2008 | | 154.00 |
| 5040<br><br>FIVE START UNDERCAR OF GA<br>825 JAMERSON ROAD<br>UNIT 309<br>MARIETTA, GA 30066 | | | 6/2013 | | 101.21 |
| 3850<br><br>FLEETCOR | | | 2/2014 | | |
| 9710<br><br>FLEETCOR<br>PO BOX 924108<br>NORCROSS, GA. 30010 | | | | | 3,642.67 |

X _____ continuation sheets attached.

|  |  |  |
|---|---|---|
| Subtotal | $ | 8,994.27 |
| Total | $ | 121,845.38 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)                    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                                    Debtor(s)      Case No.                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 0000<br>FORREST MILLER<br>1338 TRAILWATER TRAIL<br>ACWORTH, GA. 30102 | | | 9/2013 | | 29,262.02 |
| 0790<br>GECRB/CARE CREDIT<br>PO BOX 965036<br>ORLANDO, FL32896 | | | 5/2012 | | 7,267.00 |
| 6004<br>GEORGIA DEPARTMENT OF REV<br>PO BOX 105499<br>ATLANTA, GA. 30348 | | | 3/2008 | | 2,768.56 |
| 2760<br>GOOD YEAR CREDIT CARD<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | | | 7/2013 | | 1,276.00 |
| 5985<br>GOODYEAR<br>PO BOX 277348<br>ATLANTA, GA. 30384 | | | 8/2008 | | 46,567.48 |
| 5985<br>GOODYEAR<br>PO BOX 277348<br>ATLANTA, GA. 30384 | | | 7/2012 | | 323.49 |

X ____ continuation sheets attached.

Subtotal $ 87,464.55

Total $ 209,309.93

{Use only on last page of the completed Schedule F.}
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                          Debtor(s)    Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 5985<br>GOODYEAR<br>PO BOX 277348<br>ATLANTA, GEORGIA 30384 | | | | | 48,000.00 |
| 0256<br>GOODYEAR CCC<br>PO BOX 288<br>TONAWANDA, NY 14151-0288 | | | 11/2013 | | 1,287.50 |
| 3126<br>GREAT AMERICA FINANCIAL S<br>PO BOX 660831<br>DALLAS, TX 75266 | | | 11/2011 | | 23,000.00 |
| 1490<br>HOME DEPOT CREDIT CARD SE<br>DEPT 32-2135931495<br>PO BOX 183175<br>COLUMBUS, OHIO 43218 | | | 6/2012 | | 596.00 |
| 1490<br>HOME DEPOT CREDIT CARD SE<br>PO BOX 183175<br>COLUMBUS, OH 43218 | | | 6/2012 | | 596.72 |
| 0000<br>HOWELL H THOMASON JR | | | 10/2008 | | 500.00 |

X____ continuation sheets attached.

Subtotal $ 73,980.22

(Use only on last page of the completed Schedule F.)    Total $ 283,290.15
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)          Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                    Debtor(s)        Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| IOU CENTRAL<br>PO BOX 550291<br>ATLANTA, GEORGIA 30355 | | | 1/2011 | | 52,835.42 |
| 3578<br>IOU CENTRAL, INC.<br>JEFF R. JOYCE<br>PO BOX 550291<br>ATLANTA, GEORGIA 30355 | | | 1/2012 | | 37,503.28 |
| 3522<br>JIM TIDWELL FORD<br>6161 ROTHWAY STREET<br>HOUSTON, TX. 77049 | | | 3/2008 | | 468.86 |
| 1299<br>KAUFFMAN TIRE<br>ATTORNEY JACK CREEK& ASSO<br>PO BOX 801083<br>HOUSTON, TX. 77280-1083 | | | 3/2008 | | 2,435.00 |
| 3850<br>KRATOS | | | 11/2013 | | |
| 8979<br>KRATOS<br>PO BOX 935651<br>ATLANTA, GA | | | 10/2013 | | 487.57 |

X ____ continuation sheets attached.

|  |  |  | Subtotal | $ | 93,730.13 |
|---|---|---|---|---|---|
|  |  |  | Total | $ | 377,020.28 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc    Debtor(s)    Case No.    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 8978 KRATOS PO BOX 935651 ATLANTA, GA. 31193 | | | | | 378.22 |
| 0000 LEE BUCKLES 425 GRASSDALE ROAD CARTERSVILLE, GA. 30121 | | | 3/2009                              C | D | 162,000.00 |
| 0794 LIBERTY TIRE RECYLING 1251 WATERFRONT PLACE STE PITTSBURGH, PA. 15222 | | | 7/2008 | | 689.00 |
| 0049 MARLIN FINANCIAL &LEASING PO BOX 1333 HIXON, TN 37343 | | | 7/2011 | | 7,600.00 |
| 7065 MARLIN FINANCIAL LEASING PO BOX 660831 DALLAS,TX 75266-0831 | | | 7/2011 | | 8,211.00 |
| 0049 MERCHANTS CREDIT BUREAU PO BOX 1588 AUGUSTA, GA. 30903 | | | 4/2012 | | 83.62 |

X ____ continuation sheets attached.

Subtotal $ 178,961.84

Total $ 555,982.12

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)

Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                                    Debtor(s)       Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 2645<br>MICHELL1<br>25029 NETWORK PLACE<br>CHICAGO, IL. 60673 | | | 02/18/14 | | $ 308.00 |
| 0076<br>MOHAWK RUBBER SALES<br>PO BOX 8745965<br>BOSTON, MA 02284 | | | 3/2008 | | 307.73 |
| 9765<br>MUZAK OA<br>1703 W. 5TH STREET SUITE<br>AUSTIN, GX | | | 3/2008 | | 589.94 |
| 3850<br>MVTRAC | | | 4/2013 | | |
| 0000<br>MVTRAC<br>260 EAST HELEN ROAD<br>PALATINE, IL 60067 | | | | | |
| 1348<br>NAPA   AUTO PARTS<br>1296 CURTIS PARKWAY<br>CALHOUN, GA. 30701 | | | 6/2013 | | 1,138.35 |

X     continuation sheets attached.

| | Subtotal | $ 2,344.02 |
|---|---|---|
| (Use only on last page of the completed Schedule F.) (Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | Total | $ 558,326.14 |

Form B6 F (12/07)    **Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                          Debtor(s)        Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 2969<br>NORTH METRO WASTE DEPT C<br>149 RIVER MILL DRIVE<br>BALL GROUND, GA. 30107 | | | 6/2013 | | 182.00 |
| 2569<br>PARTS EXPRESS<br>PO BOX 535762<br>ATLANTA, GA. 30353-5762 | | | | | 194.78 |
| 2568<br>PARTS EXPRESS<br>PO BOX 535762<br>ATLANTA, GA. 30353-5762 | | | 1/2012 | | 121.50 |
| 0000<br>PERRY DAVID RICH<br>207 SAN PABLO STREET<br>PANAMA CITY BEACH, FL. 32 | | | | | 25,000.00 |
| 0000<br>PRO PARTS<br>PO BOX 1751<br>GRIFFIN, GA. 30224 | | | | | 157.93 |
| 4550<br>REGIONS BANK<br>PO BX 34111<br>MEMPHIS,TN 38184-0111 | | | 5/2012 | | 8,048.33 |

X
___  continuation sheets attached.

|  |  | Subtotal | $ | 33,704.54 |
|---|---|---|---|---|
|  |  | Total | $ | 592,030.68 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                        Debtor(s)        Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 2365<br>REGIONS BANK-AUDIT SYSTEM<br>3696 ULMERTON ROAD, STE 2<br>CLEARWATER, FL. 33762 | | | 5/2012 | | 862.75 |
| 4349<br>REGISTER TAPES UNLIMITED<br>1445 LANGHAM CREEK DR<br>HOUSTON TX. 77084 | | | 7/2008 | | 1,525.68 |
| 8473<br>ROBERT LOEHER<br>PO BOX 3190<br>CARTERSVILL, GEORGIA 3012 | | | 4/2010 | | 485.00 |
| 1001<br>S & G ASSOCIATES<br>PO BOX 273<br>WICHITA, KS 67201 | | | | | 970.00 |
| 3850<br>S&G ASSOCIATES | | | 6/2012 | | |
| 5368<br>SHEFFIELD FINANCIAL<br>PO BOX 580229<br>CHARLOTTE,NC 28258-0229 | | | | | 17,483.00 |

_X_ continuation sheets attached.

| | | | |
|---|---|---|---|
| | Subtotal | $ | 21,326.43 |
| (Use only on last page of the completed Schedule F.) | Total | $ | 613,357.11 |

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)   Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                          Debtor(s)          Case No.              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 9961<br>SOUTHEASTERN AUTOMOTIVE<br>460 DECATUR STREET<br>ATLANTA, GEORGIA 30312 | | | 3/2008 | | 12,246.39 |
| 2570<br>SPECTRIO<br>PO BOX 890271<br>CHARLOTTE, NC 28289-0271 | | | 4/2008 | | 35.00 |
| 0810<br>STEWART D. WALKER<br>PO BOX 301<br>PLAINSVILLE, GA. 30733 | | | 06/2013 | | 25,000.00 |
| 7240<br>SUNTRUST CREDI CARD SERVI<br>PO BOX 791250<br>BALTIMORE, MD 21279 | | | 2/2008 | | 9,629.00 |
| 1460<br>THE MCPHERSON COMPANIES<br>PO BOX 890145<br>CHARLOTTE, NC 28289 | | | 3/2008 | | 5,249.00 |
| 1460<br>THE MCPHERSON COMPANIES<br>PO BOX 890145<br>CHARLOTTE, NC 28289 | | | 3/2008 | | 5,249.00 |

X ____ continuation sheets attached.

Subtotal  $  57,408.39

Total  $  670,765.50

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)

Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                          Debtor(s)          Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 9409<br>UNITED COMMERCIAL / COLLE | | | 5/2008 | | $ 1,277.90 |
| 9409<br>UNITED COMMUNITY BANK<br>PO BOX 79048<br>ST. LOUIS, MO. 63179 | | | | | 8,487.70 |
| 2801<br>UNITED HEALTH CARE<br>22070 NETWORK PLACE<br>CHICAGO, IL 60673-1220 | | | 4/2012 | | 1,879.32 |
| 0931<br>UNITED HEALTH CARE<br>DEPT CH 10151<br>PALATINE, IL 60055-0151 | | | 4/2012 | | 489.34 |
| 9713<br>UNIVERSAL FUELCARD FDR<br>PO BOX 10997<br>CHARLOTTE, NC 28272 | | | 02/20/2014 | | 3,642.00 |
| 8138<br>UTICA DEDUCTIABLE RECOVER<br>PO BOX 962<br>CORAOPOLIS, PA. 15108 | | | 5/2008 | | 500.00 |

X _____ continuation sheets attached.

| | | Subtotal | $ | 16,276.26 |
|---|---|---|---|---|
| | | Total | $ | 687,041.76 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)                    **Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                    •                    Debtor(s)          Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 6674<br>UTICA NATIONAL INSURANCE<br>MADISON INSURANCE<br>800 OAK RIDGE TURNPIKE<br>STE C104<br>OAK RIDGE, TN. 37830 | • | | 5/2008 | | 6,595.00 |
| 3850<br>VENGROFF WILLIAMS/ ONE BE | | | 8/2012 | | |
| 6610<br>VENGROFF WILLIAMS/ONE BEA<br>380 TOWNLINE ROAD STE. 18<br>HAUPPAGE, NY. 11788 | | | | | 2,261.71 |
| 9568<br>WELLSTAR URGENT CARE<br>PO BOX 741772<br>ATLANTA, GA. 30374 | | | | | 248.00 |
| 8819<br>WEX FLEET UNIVERSAL<br>PO BOX 6293<br>CAROL STREAM, IL 60197 | | | 9/2013 | | 20,362.99 |
| 6028<br>WRIGHT EXPRESS<br>PRO CONSULTING COLLECTION<br>PO BOX 66510<br>HOUSTON, TX 77266 | | | | | 12,116.98 |

X ___ continuation sheets attached.

Subtotal $ 41,584.68

Total $ 728,626.44

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                    Debtor(s)        Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 42<br>WYNN<br>125 SOUTH DIXIE AVE<br>CARTERSVILLE, GA. 30120 | | | 4/2010 | | 1,721.00 |
| 8819<br>Wex Fleet Universal<br>WEX BANK<br>PO BOX 6293<br>CAROL STREAM, IL 60197 | | | 03-14-2014 | | 20,362.99 |
| 8270<br>Wright Express<br>Greenberg, Grant & Richar<br>5858 Westhelms Road, Suit<br>Houston, Texas  77037 | | | 01/2012 | | 24,123.67 |
| | | | | | |
| | | | | | |
| | | | | | |

_____ continuation sheets attached.

|  |  | Subtotal | $ | 46,207.66 |
|---|---|---|---|---|
|  |  | Total | $ | 774,834.10 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 G (12/07)          Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: C & N Auto Care, Inc                          Debtor(s)  Case No.                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Greater Community Bank<br>PO BOX 579<br>CALHOUN, Ga.30703 | Balancers and adapter equipment<br>6,200 balance equipment is worth<br>$20,000.00 |
| GREAT AMERICAN LEASING<br>PO BOX 660831<br>DALLAS, TX 75266 | CARTERSVILLE ALLIGNMENT MACHINE<br><br>$42,000 LEASING CONTRACT |
| MARTIN LEE BUCKLES<br>756 SHANNON LANE<br>WOODSTOCK, GA. 30189 | $928.99 MONTHLY INSTALLMENT<br>PURCHASE AND SALES AGREEMENT TO SALE<br>CARTERSVILLE STORE FOR<br>$1.200,000 DATED 1/19/2013 |

Form B6 H (12/07)     Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:    C & N Auto Care, Inc                              Debtor(s)  Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| CHARLIE RICH<br>DEL LAGO CIRCLE<br>KENNESAW, GA. | 79142<br>MERCHANT CASH AND CAPITAL VA<br>160 PEARL STREET 5TH FLOOR<br>NEW YORK, NY 10004<br>MCA RECOVERY |
| CHARLIE RICH<br>2172 DEL LAGO CIRCLE<br>KENNESAW, GA. 30152 | 3846<br>SOVEREIGN SANTANDER<br>PO BOX 14833<br>READING, PA 19612 |
| | 1340-18<br>SUNTRUST BANK<br>245 TOWN PARK DRIVE SUITE 190<br>KENNESAW, GEORGIA 30144 |

Form B6 SUM (12/13)                    Blumberg Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT NORTHERN          DISTRICT OF Georgia

In re: C & N Auto Care, Inc                    Debtor(s)   Case No.
                                               Chapter 11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 0.00 | | |
| B - Personal Property | x | 6 | 350065.12 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 1890550.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 26121.84 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 18 | | 774,834.10 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I - Current Income of Individual Debtor(s) | x | 2 | | | 82500.00 |
| J - Current Expenditures of Individual Debtor(s) | x | 3 | | | 0.00 |
| Total Number of Sheets of All Schedules | | 35 | | | |
| Total Assets | | | 350065.12 | | |
| Total Liabilities | | | | 2691505.94 | |

Form B6, S2, (12/13)                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

## United States Bankruptcy Court

NORTHERN
**District Of** Georgia

In re: C & N Auto Care, Inc

Debtor(s)

Case No.

Chapter    11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $            NA |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $            NA |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $            NA |
| Student Loan Obligations (from Schedule F) | $            NA |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $            NA |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $            NA |
| TOTAL | $            NA |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I Line 12) | $            NA |
| Average Expences (from Schedule J, Line 22) | $            NA |
| Current Monthly Income (from Form 22A Line 12; **OR** Form 22B Line 11; **OR**, Form 22C Line 20) | $            NA |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | | $            NA |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $            NA | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $            NA |
| 4. Total from Schedule F | | $            NA |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 4) | | $            NA |

Form B6 Cont. (12-07)          Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  C & N Auto Care, Inc                                    Debtor(s)  Case No.                    (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 2.)

Date_____          Signature_____

                                              C & N Auto Care, Inc            Debtor

Date_____          Signature_____

                                                                        (Joint Debtor, if any)

*(If joint case, both spouses must sign.)*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY
### PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.
§110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the
maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that
section.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by
                                                                        11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the
officer, principal, responsible person, or partner who signs this document.*

Address:

X_____          _____
Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in
fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the *President*                              [the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership] of the  C + N Auto Care, Inc [corporation or partnership]
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date  7/7/2014                          Signature  *Martin Fish*
                                                                        _____
                                                                        (Print or type name of individual signing on behalf of debtor.)

*(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 U.S.C. §§ 152 and 3571.

3092 - Verification of Creditor Matrix. 12/95  BlumbergExcelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

### NORTHERN **DISTRICT OF** Georgia

In re: C & N Auto Care, Inc

                                  Case No.

Debtor(s)

                                  Chapter   11

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct
to the best of their knowledge.

Dated: 7/7/2014

Debtor *Charlie Fuchs*

        C & N Auto Care, Inc

Debtor _____

```
              U. S. BANKRUPTCY COURT
           NORTHERN DISTRICT OF GEORGIA
               ATLANTA DIVISION

              # 01204018 - JD
                July 9, 2014


Code       Case No     Qty      Amount By

11N       14-63285      1     $1,717.00 CK
   Judge  - Not Yet Assigned
   Debtor - C & N AUTO CARE, INC


TOTAL:                       $1,717.00


FROM: Greg T. Bailey
      Greg T. Bailey & Assoc
      Suite 101
      5682 Palazzo Way
```

Page 1

Case Number: 14-63285                                                        Judge:

Please submit the following original documents to the Court for filing so that the case will proceed timely.  If you would like to
have a filed-stamped copy of the documents, please submit an extra copy along with a self-addressed stamped envelope.

## MISSING DOCUMENTS DUE WITHIN 7 DAYS

☒ List of Names and Addresses of all Creditors of the debtor (Matrix)
☐ Pro Se Affidavit **(due with in 7 days**, signature must be **notarized,**
or witnessed by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of Social Security Number - Form B21**(due within 7 days)**

## MISSING DOCUMENTS DUE WITHIN 14 DAYS

☐ Exhibit D  *(Individuals only)*
☐ Statement of Financial Affairs
☐ Schedules: A  B  C  D  E  F  G  H  I  J
☐ Declaration Page for Summary & Schedules
☐ Summary of Schedules
☐ Statistical Summary
☒ Attorney Disclosure Statement
☐ Statement of Intent - Ch.7 *(due within 30 days, individual only)*
☐ Petition Preparer Disclosure Statement Form280
☐ Declaration & Notice: Non-Atty Pet. Preparer B19
☐ Certification of Notice 342- Form 201B  *(Ind only)*
☐ Statement of Monthly Income/Means Test *(Ind only)*
☐ Certificate of Credit Counseling *(Individuals only)*
☐ Chapter 13 Plan, complete with signatures*(under local forms)*
☐ Pay Advices *(Individuals only)* (2 Months)
☐ Corporate Resolution (Business Ch. 7 & 11)
**Ch.11 Business**
☒ 20 Largest Unsecured Creditors
☐ List of Equity Security Holders
☒ Small Business – Balance Sheet
☒ Small Business - Statement of Operations
☒ Small Business - Cash Flow Statement
☒ Small Business - Federal Tax Returns

**Petition Deficiencies:**
☐ Last 4 digits of SSN
☐ Address ☐County
☐ Type of Debtor
☐ Chapter
☐ Nature of Debts
☐ Statistical Estimates
☐ Venue
☐ Attorney Bar Number

---

### Case filed via:
☒ Intake Counter by:
  ☒ Attorney
  ☐ Debtor - verified ID
  ☐ Other - copy of ID of:
  _____

☐ Mailed by:
  ☐Attorney
  ☐ Debtor
  ☐ Other: _____

---

### History of Case Association

Prior cases within 2 years: None

Signature: _____
Acknowledgment of Receiving Notice of Deficiency

---

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov.  If filing bankruptcy without an
attorney, please read the information regarding *Filing Bankruptcy Without An Attorney* at:
www.uscourts.gov/bankruptcycourts/prose.html

**FILING FEE INFORMATION** - if the required filing fees are not paid in full at the time of case filing, an Order will be forthcoming:
    ☒ Paid $___1717___  ☐ 2g-Order Granting   ☐ 3g-Order Granting 7 days  **($75 due within 7 days)**
    ☐ 2d-Order Denying with filing fee of $_____ due within 7 days   ☐ IFP filed (Ch.7 Individuals Only)
    ☐ No Application to Pay in Installments filed. Order Regarding UnpaidCase Filing Fee.

You may mail documents and filing fee payments (no personal checks accepted - cashier's check or money orders only) to the address below.  All fee payments and
documents filed with the Court  must show the debtor's name and bankruptcy case number.
**\*\*Failure to Comply may result in the dismissal of your case. \*\***

UNITED STATES BANKRUPTCY COURT
Richard B. Russell Building
75 Spring Street, S. W., Room 1340
Atlanta, Georgia 30303
404-215-1000

| Intake Clerk: J. Dukes | Date:  07/09/14 | Case Opener: | Date: |